PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Oscar Landran

**Docket Number:** 99-00271-002
**PACTS Number:** 41445

**Name of Sentencing Judicial Officer:** HONORABLE Katharine S. Hayden

**Date of Original Sentence:** 11/09/2005

**Original Offense:** CONSPIRACY TO DISTRIBUTE HEROIN (21:846).

**Original Sentence:** 46 months imprisonment; 3 years Supervised Release.

**Type of Supervision:** Supervised Release.    **Date Supervision Commenced:** 3/15/08.

**Assistant U.S. Attorney:  Margaret Mahoney,** 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700.

**Defense Attorney:** John Yauch, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1, | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | The offender has failed to refrain from criminal activity as evidenced by his alleged robbery of his mother's residence on or about August 15, 2008. |
| | According to the offender's mother, Rosabel Blanco,  she returned home from vacation on August 15, 2008, to be met with an empty apartment. The offender had allegedly stolen all electronic items, clothing, furniture, and other items. |
| | The Probation Officer determines this to be a Grade B violation. |
| 2. | The offender has violated the supervision condition which states '**You shall** |

report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

The offender has failed to report as directed on the following dates: July 1, 2008, July 15, 2008, August 5, 2008 and every date thereafter.

The Probation officer determines this to be a Grade C violation.

3.      The offender has violated the supervision condition which states 'You shall notify the probation officer within 72 hours of any change of residence or employment.'

A) The offender has failed to notify the United States Probation Office of his change in employment. According to the offender's employer at the "Fitness For Life" facility, the offender left his employment in the month of May 2008. Landran did not advise the United States Probation Office of this fact.

B) The offender has failed to report a change of residence within the required 72 hours. According to the offender's mother, he has left his residence that he shared with her. Effective August 15, 2008 his whereabouts are unknown.

The Probation Office has determined that A) and B) are Grade C violations.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Maurine Rush-Blossfeld
     Senior U.S. Probation Officer
Date:  8/18/08

THE COURT ORDERS:

[✗] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8/18/08
Date