PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Oscar Landran                               **Docket Number:** 99-00271-002
                                                                                              **PACTS Number:** 41445

**Name of Sentencing Judicial Officer:** HONORABLE Katharine S. Hayden

**Date of Original Sentence:** 11/09/2005
**Original Offense:** CONSPIRACY TO DISTRIBUTE HEROIN, 21 U.S.C.846
**Original Sentence:** 46 months imprisonment; 3 years supervised release
**Date Supervision Commenced:** 03/15/08

**Date of Current Sentence:** 09/08/2009
**Current Offense:** Violation of Supervised Release
**Current Sentence:** 6 months imprisonment, 30 months supervised release
**Date Supervision Commenced:** 02/17/09 (Released from BOP and extradited to Costa Rica)

**Type of Supervision:** Supervised Release

**Assistant U.S. Attorney:** Margaret Mahoney, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** John Yauch, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'<br><br>According to the offender's girlfriend, Eliana Arango, the offender moved from her residence on February 4, 2010. The offender has failed to notify the probation office of his change of address or current whereabouts. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On February 12, 2010, Oscar Landran was arrested by the North Bergen Police on charges of theft of movable property. |

PROB 12C - Page 2
Oscar Landran

3   The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender has failed to contact the probation officer to advise of his February 12, 2010 arrest.

4   The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

On February 12, 2010, at the time of the offender's North Bergen arrest, Landran advised law enforcement officers that he was residing at 142 East Third St, Mt Vernon, New York. The offender did not have permission to leave the judicial district.

5   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to report to the probation office on February 2, February 16, 2010, or anytime thereafter.

6   The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender stalled inpatient drug treatment admission on January 11, 2010, and again on January 14, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 02/24/10

THE COURT ORDERS:
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons, Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer
Katharine S. Hayden, USDJ
Date: 3/4/10