UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| OSCAR LANDRAN | : | Crim. No. 99-271 (KSH) |

This matter having been opened to the Court upon the joint application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Margaret Mahoney, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Oscar Landran ("Defendant") (John Yauch, Esq., appearing); and Defendant having been sworn on April 7, 2010, and Defendant having pled guilty on the record to Violation No. 1 and Violation No. 4, as alleged in the Petition filed by the United States Probation Department on February 24, 2010, and Defendant having offered a satisfactory factual basis to support his plea of guilty on April 7, 2010; and the United States having moved for the dismissal of the remaining violations alleged in the Petition; and for the reasons stated on the record, and for good cause shown,

**IT IS** on this _____ day of May, 2010,

**ORDERED** that, the Court hereby accepts Defendant's plea of guilty to Violation No. 1 and Violation No. 4, as alleged in the petition filed by the United States Probation Department on February 24, 2010, and, for the reasons stated by the Court on the record on April 7, 2010, the Court finds Defendant **GUILTY** of those violations and in violation of the conditions of his Supervised Release, as imposed on February 17, 2009; and it is further,

**ORDERED** that, Defendant shall be, and is hereby, remanded to the Bureau of Prisons to

serve a term of imprisonment of 10 months, and it is further,

**ORDERED** that, the remaining violations alleged in the Petition filed by the United States Probation Department on February 24, 2010, shall be and are hereby, **DISMISSED.**

/s/ Katharine S. Hayden
HONORABLE KATHARINE S. HAYDEN
United States District Judge